**Order entered April 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00409-CV

**TIM REED, Appellant**

**V.**

**ADAMS GOLF, LLC, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-00494-2013**

## ORDER

The Court has before it Brian M. Daucher's April 10, 2013 unopposed verified motion for *pro hac vice* admission and Ben L. Mesches's April 10, 2013 unopposed motion to allow participation by non-resident attorney. The Court **GRANTS** the motions and **DIRECTS** the Clerk of this Court to add Brian M. Daucher as counsel for appellee.

/s/    ELIZABETH LANG-MIERS
        JUSTICE